# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shafee Choudhury, | Case No. 2:23-cv-02339-SHK |
| Plaintiff, | |
| v. | |\|~~PROPOSED~~\| **ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |
| Martin O'Malley, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($8,900.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE:_____5/8/2024_____          _____

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE